**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

                                        Chapter 13
                    Case No.: 6:18-bk-03173-ABB

**PAUL MORFIS and**
**DEBORAH L. MORFIS,**

      Debtor(s).
_____/

## NOTICE OF HEARING

**NOTICE IS HERBY GIVEN** that a hearing has been scheduled for **July 25, 2018 at 2:00pm** in Orlando, FL - Courtroom 6B, 6th Floor, George C. Young Courthouse, 400 W. Washington Street, to consider the following:

**MOTION TO VACATE MORTGAGE MODIFICATION MEDIATION ORDER DOC [19].**

### CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

                                        By:    /s/ Chase A. Berger
                                                      Chase A. Berger, Esq.

*Case No.: 6:18-bk-03173-ABB*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Paul Morfis**
40 Coastal Oaks Circle
Ponce Inlet, FL 32127

*Joint Debtor*
**Deborah L. Morfis**
40 Coastal Oaks Circle
Ponce Inlet, FL 32127

**Debtors Counsel**
**Robert H. Zipperer**
224 South Beach Street, Suite 202
Daytona Beach, FL 32114

*Trustee*
**Laurie K Weatherford**
Post Office Box 3450
Winter Park, FL 32790

*U.S. Trustee*
**United States Trustee - ORL7/13, 7**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By:    /s/ Chase A. Berger
         Chase A. Berger, Esq.