UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No.: 6:18-bk-03173-ABB
**PAUL MORFIS** and
**DEBORAH L. MORFIS,**

　　　　Debtors.
_____/

## OBJECTION TO CONFIRMATION OF
## DEBTORS' PROPOSED CHAPTER 13 PLAN

Secured Creditor, **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST** ("BSI Financial Services" or "Secured Creditor"), objects to confirmation of the Debtor's proposed Chapter 13 Plan, and states:

1.　　On May 29, 2018 (the "Petition Date"), the Debtors filed its Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2.　　On June 14, 2018, Debtors filed proposed Chapter 13 Plan [D.E. 13] (the "Plan").

3.　　Secured Creditor is the owner and holder of that certain promissory note and that certain mortgage executed by the Debtors, recorded on June 9, 2005 as Instrument 2005-152124 in OR Book 5572, Page 4451, in the Official Records of Volusia County, Florida, on the property located at *40 Coastal Oaks Circle, Ponce Inlet, FL 32127* (the "Property").

4.　　The deadline for creditors to file a claim in this case is August 7, 2018.

5.　　Secured Creditor anticipates timely filing its secured proof of claim which will reflect an estimated total claim amount of $585,551.11 with an estimated pre-petition arrearage amount of $175,132.05.

6.　　The Plan indicates an intention to pursue Mortgage Modification Mediation ("MMM") and provides for adequate protection payments in the amount of $1,565.16. However,

the Plan fails to provide for payment of the outstanding pre-petition arrearages due and owing Secured Creditor in the amount of $175,132.05. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

7. Secured Creditor objects to any plan which proposes to pay it anything less than the total amount of $175,132.05 as payment of the outstanding pre-petition arrearage due and owing Secured Creditor over the life of the plan.

8. Creditor retains the right to inquire further into the Debtors' eligibility for loss mitigation options.

9. If mediation is conducted in this case and no agreement is reached between the parties, Secured Creditor's claim should be paid in full or the property surrendered to Secured Creditor and the automatic stay terminated *in rem* with respect to the collateral real property.

10. Debtor's plan should also account for future tax and insurance obligations.

11. Secured Creditor reserves the right to supplement this Objection.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court sustain its Objection to Confirmation, deny confirmation of the Debtors' proposed Chapter 13 Plan, and for any such other relief that the Court deems just and proper.

**Dated this 20th day of July, 2018.**

                    Respectfully submitted,

                    **GHIDOTTI | BERGER, LLP**
                    *Attorneys for Secured Creditor*
                    3050 Biscayne Blvd. - Suite 402
                    Miami, Florida 33137
                    Telephone: (305) 501.2808
                    Facsimile: (954) 780.5578

                    By:     /s/ Chase A. Berger
                            Chase A. Berger, Esq.
                            Florida Bar No. 083794
                            cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Paul Morfis**
40 Coastal Oaks Circle
Ponce Inlet, FL 32127

*Joint Debtor*
**Deborah L. Morfis**
40 Coastal Oaks Circle
Ponce Inlet, FL 32127

*Debtors Counsel*
**Robert H. Zipperer, Esq.**
224 South Beach Street, Suite 202
Daytona Beach, FL 32114

*Trustee*
**Laurie K. Weatherford**
Post Office Box 3450
Winter Park, FL 32790

*U.S. Trustee*
**United States Trustee - ORL7/13, 7**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By: /s/ Chase A. Berger
Chase A. Berger, Esq.